Tim Mudd, Mudd Law Firm, Kansas City, MO for appellees Joanna Billingsley, Roger Deepe, Lou Lapaglia, Barbara Stillings, and Elaine Palmer.

Audrey L. Danner, Asst. Atty. Gen., Jefferson City, MO (Chris Koster, Atty. Gen., on the brief), for appellees Elaine Palmer, Barbara Stillings, and Roger Deepe.

Before COLLOTON, BOWMAN, and GRUENDER, Circuit Judges.

PER CURIAM.

In this appeal, Mary Bower challenges the district court's[1] order dismissing all but one of the defendants, and the court's adverse summary judgment decision regarding the remaining defendant. She also argues that the judge should have sua sponte recused herself.

First, we conclude that Bower's recusal argument is meritless. Second, upon de novo review, we conclude that the district court did not err in dismissing all but one of the defendants. *See Anderson–Tully Co. v. McDaniel,* 571 F.3d 760, 762 (8th Cir. 2009) (grant of motion to dismiss is reviewed de novo). Finally, upon de novo review, we conclude that summary judgment was properly granted in favor of the remaining defendant, based on qualified immunity. *See Brooks v. Roy,* 776 F.3d 957, 959 (8th Cir. 2015) (grant of summary judgment is reviewed de novo); *cf. Lenderman v. St. Louis Metro. Police Dep't Bd. of Police Comm'rs,* 725 F.3d 843, 853–54 (8th Cir. 2013) (discussing qualified immunity standard).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

**Robert Earl CLAYBORNE, Jr.,
Plaintiff–Appellant,**

v.

**LANCANSTER COUNTY; Lancaster County Jail Director, individually and in their official capacity jointly and severally; Lancaster County Medical Director, individually and in their official capacity jointly and severally; Lancaster County Correct Care Solutions Medical Department; Mary Howell, Lancaster County Correct Care Solutions Mental Health Practitioner, individually and in their official capacity jointly, Defendants,**

**Christopher Eickholt, Lancaster County Public Defender/Court Official, individually and in their official capacity jointly and severally; Lori Pasold, Lancaster County Attorney, individually and in their official capacity jointly and severally; Stephanie Stacy, Lancaster County District Court Judge, individually and in their official capacity jointly and severally, Defendants–Appellees,**

---

1. The Honorable Beth Phillips, United States District Judge for the Western District of Missouri.

Patrick F. Condon, Lancaster County Chief Deputy County Attorney, individually and in their official capacity jointly and severally; State of Nebraska, Defendants.

No. 16–1615

United States Court of Appeals, Eighth Circuit.

Submitted: July 22, 2016

Filed: August 3, 2016

Robert Earl Clayborne, Jr., Tecumseh, NE, Pro Se.

Before COLLOTON, BOWMAN, and GRUENDER, Circuit Judges.

PER CURIAM.

Robert Clayborne, Jr. appeals the district court's[1] 28 U.S.C. § 1915(e)(2) dismissal of his pro se complaint asserting a claim of deliberate indifference to his serious medical needs, under 42 U.S.C. § 1983, and a claim of disability discrimination, under the Americans with Disabilities Act. Upon careful de novo review, *see Moore v. Sims*, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam), we conclude that the dismissal was proper. Accordingly, we affirm. *See* 8th Cir. R. 47B.

1. The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.